**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alejandro Alberto MARTINEZ,
Defendant–Appellant.**

No. 05–50015.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 14, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Scott Alan Vogelmeier, El Paso, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Alejandro Alberto Martinez appeals his guilty-plea convictions for making a knowingly false claim of citizenship and failure to appear. Martinez argues that the district court violated his constitutional rights by ruling that he could not testify regarding his belief that he was a citizen of the United States. The Government asserts that Martinez waived his right to appeal this issue by entering an unconditional guilty plea.

An erroneous pretrial evidentiary ruling is a non-jurisdictional defect that is waived by a guilty plea. *See United States v. Wise,* 179 F.3d 184, 186 (5th Cir.1999). By entering an unconditional guilty plea, Martinez waived his right to appeal the district court's evidentiary ruling, and this court may not consider the merits of his appeal. *See United States v. Bell,* 966 F.2d 914, 915–17 (5th Cir.1992).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.